PER CURIAM.
Affirmed. See Garcia v. L.C. Morris, Inc., 306 So.2d 545, 545-46 (Fla. 3d DCA 1975); Dickerson, Inc. v. Buckley, 261 So.2d 570, 573 (Fla. 4th DCA), cert. denied, 268 So.2d 534 (Fla.1972); cf. Banat v. Armando, 430 So.2d 503, 504 (Fla. 3d DCA 1983), rev. denied, 446 So.2d 99 (Fla.1984); Rice v. Florida Power & Light Co., 363 So.2d 834, 837-39 (Fla. 3d DCA 1978), cert. denied, 373 So.2d 460 (Fla.1979).